JD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Filed Under Seal

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10 - CR/95 |
| --- | --- | --- |
| v. | : | DATE FILED: FILED APR 0 1 2010 |
| DANIEL THOMAS SULLIVAN | : | VIOLATION: |
| | : | 21 U.S.C. § 841(a)(1) (distribution of oxycodone - 2 counts) |

INDICTMENT

COUNT ONE

FILED
APR 0 1 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

THE GRAND JURY CHARGES THAT:

On or about March 11, 2010, in Delaware County, in the Eastern District of Pennsylvania, defendant

**DANIEL THOMAS SULLIVAN**

knowingly and intentionally distributed two Oxycontin 60mg tablets, each of which is a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 11, 2010, in Delaware County, in the Eastern District of Pennsylvania, defendant

**DANIEL THOMAS SULLIVAN**

knowingly and intentionally distributed five Oxycontin 60mg tablets, each of which is a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

A TRUE BILL:

FOREPERSON

**MICHAEL L. LEVY**
**United States Attorney**