# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10 -195 |
| v. | : | DATE FILED: _____ |
| DANIEL THOMAS SULLIVAN | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1)<br>(distribution of oxycodone - 3 counts) |
| | : | 21 U.S.C. § 846 (attempted possession of<br>oxycodone - 2 counts) |

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 11, 2010, in Delaware County, in the Eastern District of

Pennsylvania, defendant

## DANIEL THOMAS SULLIVAN

knowingly and intentionally distributed two Oxycontin 60mg tablets, each of which is a mixture

and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 11, 2010, in Delaware County, in the Eastern District of Pennsylvania, defendant

### DANIEL THOMAS SULLIVAN

knowingly and intentionally distributed five Oxycontin 60mg tablets, each of which is a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 7, 2010, in Delaware County, in the Eastern District of Pennsylvania, defendant

### DANIEL THOMAS SULLIVAN

knowingly and intentionally distributed four Oxycontin 80mg tablets, each of which is a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

3

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 23, 2011, in Delaware County, in the Eastern District of Pennsylvania, defendant

### DANIEL THOMAS SULLIVAN

knowingly and intentionally attempted to possess one Oxycontin 80mg tablet, which is a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844.

In violation of Title 21, United States Code, Section 846.

4

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 23, 2011, in Delaware County, in the Eastern District of Pennsylvania, defendant

### DANIEL THOMAS SULLIVAN

knowingly and intentionally attempted to possess one Oxycontin 80mg tablet, which is a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844.

In violation of Title 21, United States Code, Section 846.

**A TRUE BILL:**

_____
**FOREPERSON**

**ZANE DAVID MEMEGER**
**United States Attorney**

5